**Nos. 16-35466; 16-35478; 16-35493; 16-35503; 16-35509**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

**DEFENDERS OF WILDLIFE, et al.,**

**Plaintiffs-Appellees,**

**v.**

**SALLY JEWELL, et al.,**

**Defendants-Appellants,**

**JOINT MOTION TOVOLUNTARILY DISMISS**
**APPEALS UNDER RULE 42(B)**

---

The parties to these appeals hereby jointly move under Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss each of their appeals.

In appeal number 16-35466, Sally Jewell, Secretary of the United States Department of the Interior; the Department of the Interior; Daniel M. Ashe, Director, United States Fish and Wildlife Service; and the United States Fish and Wildlife Service, move to voluntarily dismiss their appeal.

In appeal number 16-35478, Idaho Farm Bureau Federation; Idaho State Snowmobile Association; Colorado Snowmobile Association; Colorado Off-Highway Vehicle Coalition; Montana Farm Bureau Federation; Washington Farm Bureau; and Wyoming Farm Bureau Federation move to voluntarily dismiss their appeal.

In appeal number 16-35493, American Petroleum Institute; Montana Petroleum Association; and Western Energy Alliance move to voluntarily dismiss their appeal.

In appeal number 16-35503, the State of Wyoming; Montana Department of Fish, Wildlife, and Parks; and C.L. Otter move to voluntarily dismiss their appeal.

In appeal number 16-35509, WildEarth Guardians; Friends of the Bitterroot; Friends of the Wild Swan; Swan View Coalition; Oregon Wild; Cascadia Wildlands; Alliance for the Wild Rockies; Cottonwood Environmental Law Center; George Wuerthner; Kootenai Environmental Alliance; Footloose Montana; Native Ecosystems Council; Wildlands Network; and Helena Hunters and Anglers Association move to voluntarily dismiss their appeal.

The parties have conferred with counsel for appellee Defenders of Wildlife and counsel for appellees Center for Biological Diversity; Conservation Northwest; Friends of the Clearwater; Idaho Conservation League; Jackson Hole Conservation Alliance; Klamath-Siskiyou Wildlands Center; Rocky Mountain Wild; and Greater

Yellowstone Coalition. No party opposes this motion. The parties have agreed to bear their own costs on appeal.

October 4, 2016

/s/ Michael T. Gray
Michael T. Gray
U.S. Department of Justice
Environment and Natural Resources Division
701 San Marco Blvd.
Jacksonville, FL 32207
202-532-3147
michael.gray2@usdoj.gov
**Counsel for Sally Jewell, Secretary of the United States Department of the Interior; the Department of the Interior; Daniel M. Ashe, Director, United States Fish and Wildlife Service; and the United States Fish and Wildlife Service**

/s/ Matthew K. Bishop
Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 324-8011
bishop@westernlaw.org
**Counsel for WildEarth Guardians; Friends of the Bitterroot; Friends of the Wild Swan; Swan View Coalition; Oregon Wild; Cascadia Wildlands; Alliance for the Wild Rockies; Cottonwood Environmental Law Center; George Wuerthner; Kootenai Environmental Alliance; Footloose Montana; Native Ecosystems Council; Wildlands Network; Helena Hunters and Anglers Association**

/s/ Ethan W. Blevins
Ethan W. Blevins
Pacific Legal Foundation
10940 NE 33rd Pl. NE #210
Bellevue, WA 98008
(425)576-0484
ewb@pacificlegal.org
**Counsel for Idaho Farm Bureau Federation; Idaho State Snowmobile Association; Colorado Snowmobile Association; Colorado Off-Highway Vehicle Coalition; Montana Farm Bureau Federation; Washington Farm Bureau; Wyoming Farm Bureau Federation**

/s/Wayne J. D'Angelo
Wayne J. D'Angelo
Kelley Drye
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
(202) 342-8525
WDAngelo@kelleydrye.com
**Counsel for American Petroleum Institute; Montana Petroleum Association; Western Energy Alliance**

/s/Erik E. Petersen
Erik E. Petersen
Senior Assistant Attorney General
Wyoming Attorney General's Office
Water & Natural Resources Division
2320 Capitol Avenue
Cheyenne, WY 82002
Tel: (307) 777-3539
Fax: (307) 777-3542
erik.petersen@wyo.gov
**State of Wyoming; Montana Department of Fish, Wildlife, and Parks; C.L. Otter**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I electronically filed the foregoing joint motion to voluntarily dismiss with the Clerk of Court for the Ninth Circuit Court of Appeals using the CM/ECF System, which will send notice of such filing to all counsel of record.

s/Michael T. Gray
Michael T. Gray