FILED

OCT 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEFENDERS OF WILDLIFE; et al.,

Plaintiffs - Appellees,

v.

SALLY JEWELL, Secretary, U.S. Department of the Interior; et al.,

Defendants - Appellants,

And

IDAHO FARM BUREAU FEDERATION; et al.,

Intervenor-Defendants.

No. 16-35466

D.C. Nos. 9:14-cv-00246-DLC
9:14-cv-00247-DLC
9:14-cv-00250-DLC
District of Montana,
Missoula

ORDER

DEFENDERS OF WILDLIFE; et al.,

Plaintiffs - Appellees,

v.

SALLY JEWELL, Secretary, U.S. Department of the Interior; et al.,

Defendants,

AMERICAN PETROLEUM INSTITUTE;

No. 16-35478

D.C. Nos. 9:14-cv-00246-DLC
9:14-cv-00247-DLC
9:14-cv-00250-DLC
District of Montana,
Missoula

SL/Mediation

et al.,

Intervenor-Defendants,

And

IDAHO FARM BUREAU FEDERATION; et al.,

Intervenor-Defendants - Appellants.

---

DEFENDERS OF WILDLIFE; et al.,

Plaintiffs - Appellees,

v.

SALLY JEWELL, Secretary, U.S. Department of the Interior; et al.,

Defendants,

IDAHO FARM BUREAU FEDERATION; et al.,

Intervenor-Defendants,

And

AMERICAN PETROLEUM INSTITUTE; et al.,

Intervenor-Defendants - Appellants.

No. 16-35493

D.C. Nos. 9:14-cv-00246-DLC
9:14-cv-00247-DLC
9:14-cv-00250-DLC
District of Montana, Missoula

SL/Mediation

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>SALLY JEWELL, Secretary, U.S. Department of the Interior; et al.,<br><br>Defendants,<br><br>IDAHO FARM BUREAU FEDERATION; et al.,<br><br>Intervenor-Defendants,<br><br>And<br><br>STATE OF WYOMING; et al.,<br><br>Intervenor-Defendants - Appellants. | No. 16-35503<br><br>D.C. Nos. 9:14-cv-00246-DLC<br>9:14-cv-00247-DLC<br>9:14-cv-00250-DLC<br>District of Montana, Missoula |
| DEFENDERS OF WILDLIFE; et al.,<br><br>Plaintiffs,<br><br>And<br><br>WILDEARTH GUARDIANS; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>SALLY JEWELL, Secretary, U.S. | No. 16-35509<br><br>D.C. Nos. 9:14-cv-00246-DLC<br>9:14-cv-00247-DLC<br>9:14-cv-00250-DLC<br>District of Montana, Missoula |

SL/Mediation

Department of the Interior; et al.,

Defendants - Appellees,

IDAHO FARM BUREAU FEDERATION; et al.,

Intervenor-Defendants - Appellees.

Pursuant to the stipulation of the parties (Docket Entry No. 23), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation